WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jesse Lee Colten Chamberlain,<br><br>    Defendant. | No. CR-14-374-01-PHX-SRB<br><br>**ORDER OF DETENTION** |

  A detention hearing on the Petition on Supervised Release was held on November 8, 2016.

  The Court Further Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a serious flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

  IT IS ORDERED that the Defendant shall be detained pending further order of the court.

  Dated this 8th day of November, 2016.

                        */s/ John Z. Boyle*
                       Honorable John Z. Boyle
                       United States Magistrate Judge